

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf Houston London Los Angeles Miami Milan
Munich New York Orange County Paris Rome Silicon Valley Washington D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

**MEMO ENDORSED**

RECEIVED AUG 16 2011 CHAMBERS OF UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK

Louis J. DelJuldice
Attorney at Law
ldeljuidice@mwe.com
+1 212 547 5819

August 16, 2011

**VIA FACSIMILE:** 914-390-4170

Hon. Vincent L. Briccetti U.S.D.J.
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Triboro Quilt Manufacturing Corporation v. Luve LLC*
Civil Action No.: 10-CV-03604-VB

Dear Judge Briccetti:

> The matters raised herein and in Mr. DelJuidice's letter of August 11, 2011, will be addressed at the case management conference scheduled for August 22, 2011, at 9:00 am.
>
> Vincent Briccetti, USDJ 8/16/11

We represent the plaintiff, Triboro Quilt Manufacturing Corporation ("Triboro"). We write to follow up on our letter of August 11, 2011, regarding the Rule 26(f) meet and confer in this matter. The meet and confer was finally held on August 12, 2011. Mr. Schiller admitted his error in missing the scheduled August 11, 2011, meeting and agreed to prepare a joint letter updating the Court. Since Mr. Schiller has not done so, we are sending this letter.

Given the repeated delays caused by Defendant and her several counsel, Plaintiff still believes that sanctions are in order. Plaintiff requests, under 28 U.S.C. § 1927, attorneys fees and costs to recompense it for the preparation of and attendance at the July 15, 2011, Scheduling Conference; the August 11, 2011, Rule 26(f) meet and confer that Defendant's counsel did not attend; and the August 12, 2011, Rule 26(f) meet and confer that was actually held.

We thank the Court for its consideration.

Sincerely,

Louis J. DelJuidice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-17-11

cc: David Schiller – The Schiller Firm (via e-mail)
Paul F. Linn - Michael Best & Friedrich, LLP (via e-mail)
Lee M. Seese - Michael Best & Friedrich, LLP (via e-mail)
David A. Krutz - Michael Best & Friedrich, LLP (via e-mail)