UNITED STATES DISTRICT COURT  Rev. May, 2011
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Tribro

                Plaintiff(s),     CIVIL CASE DISCOVERY PLAN
                                   AND SCHEDULING ORDER
   - against -

                                       CV 3604 (VB)

Luve

                Defendant(s).
------------------------------------------------------------x

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: ___]

       The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

The case (is) ~~(is not)~~ to be tried to a jury.

Joinder of additional parties must be accomplished by   8/22/11  .

Amended pleadings may be filed until   9/30/11  .

**Discovery:**

1. Interrogatories are to be served by all counsel no later than   10/31/11  , and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 ~~(shall)~~ (shall not) apply to this case.

2. First request for production of documents, if any, to be served no later than   9/30/11  .

3. Depositions to be completed by   12/30/11  .

    a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.
    b. Depositions shall proceed concurrently.
    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

4. Any further interrogatories, including expert interrogatories, to be served no later than   11/30/11  .

5. Requests to Admit, if any to be served no later than   11/30/11  .

6. Additional provisions relating to discovery agreed upon by counsel for the parties ~~(are)~~ (are not) attached and made a part hereof.

7. All discovery is to be complete by   2/22/12  .

      Any motions should be filed in accordance with the Court's Individual Practices.

Next Case Management Conference __3/1/12 10:30 a.m.__
(This date will be set by the Court at the first conference)

This case has been designated to the Hon. _Paul A. Yanthis_, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under a specific reference order.

Upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

SO ORDERED.

Dated: White Plains, New York
8/22/11

_____
Vincent L. Briccetti
United States District Judge