Paul Fields
Cameron S. Reuber
Karin Segall
Jonathan W. Thomas
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRIBORO QUILT MANUFACTURING CORPORATION,<br><br>       *Plaintiff*,<br>-v-<br><br>LUVE LLC,<br><br>       *Defendant*. | Civil Action : 7:10-cv-03604 (VB) (GAY) |

**DECLARATION OF CAMERON S. REUBER, ESQ.**

  CAMERON S. REUBER hereby declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

  1. I am an attorney with the law firm Leason Ellis LLP, counsel of record for Plaintiff Triboro Quilt Manufacturing Corporation ("Triboro" or "Plaintiff").  I submit this declaration in support of Plaintiff's Motion to Strike Exhibits 1 and 6 to Defendant Luve, LLC's ("Luve") Combined Memorandum of Law in Further Support of its Motion for Summary Judgment and in Opposition to Triboro's Cross-Motion for Summary Judgment (*Dkt.* 75).

  2. I have personal knowledge of the facts and circumstances set forth in this declaration based on my review of documents exchanged between the parties during the course of discovery in this matter as well as the sworn testimony of witnesses obtained by

counsel and, except where stated on information and belief, can competently testify thereto in a court of law.

    3.    Attached as **Exhibit A** is a true and correct copy of the transcript from the May 30, 2013 deposition of Mr. Don Smith.

Dated: September 24, 2013
       White Plains, New York

Respectfully submitted,

/s/ Cameron S. Reuber

Paul Fields
Cameron S. Reuber
Karin Segall
Jonathan W. Thomas
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Email: fields@leasonellis.com
Email: reuber@leasonellis.com
Email: segall@leasonellis.com
Email: thomas@leasonellis.com

*Attorneys for Plaintiff Triboro Quilt Corporation*

## CERTIFICATE OF SERVICE

I, Cameron S. Reuber, hereby certify that on September 24, 2013, a true and correct copy of the foregoing **Declaration of Cameron S. Reuber** was served by email via operation of the Court's ECF filing system, with a courtesy hard copy served via First Class Mail, postage-pre-paid, upon counsel for Defendant addressed as follows:

> David Schiller
> The Schiller Firm
> 2309 West Parker Road
> Plano, TX 75023-7839
> DavidS@schillerlaw.com
>
> *Attorneys for Defendant LUVE LLC*

 

Cameron S. Reuber
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Fax:  (914) 288-0023
Email: reuber@leasonellis.com