# EXHIBIT A

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

Triboro Quilt Manufacturing Corp.

V.

Luve LLC

## EXHIBIT AND WITNESS LIST

Case Number: 10-cv-03604

| PRESIDING JUDGE<br>Vincent L. Briccetti | | | PLAINTIFF'S ATTORNEY<br>Paul Fields; Cameron S. Reuber; Jonathan W. Thomas | | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>tbd | | | COURT REPORTER<br>tbd | | COURTROOM DEPUTY<br>Ms. Donna Hilbert |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | | | | 11/6/12 Amy Seckinger Deposition Exhibit 1 - Green Frog Bath Luve |
| 2 | | | | | 11/6/12 Amy Seckinger Deposition Exhibit 1A - Photographs of Green Frog Bath Luve |
| 3 | | | | | 11/6/12 Amy Seckinger Deposition Exhibit 2 - U.S. Patent App. Publ. No. 2008/0005824 A1 |
| 4 | | | | | 11/6/12 Amy Seckinger Deposition Exhibit 3 - Triboro/Luve Exclusive License Agreement |
| 5 | | | | | 11/6/12 Amy Seckinger Deposition Exhibit 4 - FRCP 30(b)(6) Deposition Notice |
| 6 | | | | | 11/6/12 Amy Seckinger Deposition Exhibit 5 - Proposal For Amendment to ELA |
| 7* | | | | | 11/612 Amy Seckinger Deposition Exhibit 6 - Objections to Plaintiff's First Set of Interrogatories |
| 8 | | | | | 11/7/12 Amy Seckinger Deposition Exhibit 7A - Royalty Report by Style 1/1/06-11/4/12 |
| 9 | | | | | 11/7/12 Amy Seckinger Deposition Exhibit 7B - Royalty Report by Customer 1/1/06-10/31/12 |
| 10 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 9 - Amended FCRP 30 Deposition Notice |
| 11 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 10 - Amended FCRP30(b)(6) Deposition Notice |
| 12 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 11 - LUV000271-000273 |
| 13 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 12 - 1/30/07 Email from AS to Daryl Farrell |
| 14 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 13 - Yellow Duck Bath Luve |
| 15 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 14 - Yellow Bath Luve Buddy |
| 16* | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 15 - 1/7/13 Letter from D. Schiller to P. Fields |
| 17 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 16 - Bath Luve Blue Fish |
| 18 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 17 - Bath Luve Green Frog |
| 19 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 18 - Bath Luve Pink Fish |
| 20 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 19 - 7/24/07 Email from AS to Richard White |
| 21 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 20 - Photos of Pico Products at Walmart |
| 22 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 21 - Bath Luve Yellow Robe |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   9   Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Triboro Quilt Manufacturing Corp. | | vs. | | Luve LLC | CASE NO. 10-cv-03604 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 22 - Bath Luve White Robe |
| 24 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 23 - Bath Luve Blue Robe |
| 25 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 24 - Child's Bath Robe |
| 26 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 25 - LUV000467-000468 |
| 27 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 26 - Email Chain btwn AS and Richard White |
| 28 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 27 - BATH LUVE Trademark Registration Certificate |
| 29 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 28 - WHOIS Record for BATHLUVE.COM |
| 30 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 29 - BATHLUVE.COM Screenshots |
| 31 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 30 - WHOIS Record for LUVE.COM |
| 32 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 31 - 2009 Email Chain btwn AS and Richard White |
| 33 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 32 - Green Frog Bath Luve |
| 34 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 33 - Triboro Sales #s for Amy Seckinger/Luve LLC |
| 35 | | | | | 4/26/13 Amy Seckinger Deposition Ex. 34 - Supp. Answers to Plaintiff's 1st Set of Interrogatories |
| 36 | | | | | 4/26/13 Amy Seckinger Deposition Ex. 35 - Luve's Answer and Counterclaim (Dkt. 9) |
| 37 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 36 - Pink Hippo Garanimal |
| 38 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 37 - Pink Hippo Luve Bath Buddy |
| 39* | | | | | 11/6/12 Amy Seckinger Deposition Transcript |
| 40* | | | | | 11/7/12 Amy Seckinger Deposition Transcript* |
| 41* | | | | | 4/26/13 Amy Seckinger Deposition Transcript |
| 42* | | | | | 11/28/12 Richard White Deposition Transcript |
| 43 | | | | | 11/28/12 Richard White Deposition Exhibit 1 - Triboro Quilt Manufacturing Corp. MCA |
| 44 | | | | | 11/28/12 Richard White Deposition Exhibit 2 - Triboro/Luve Exclusive License Agreement |
| 45 | | | | | 11/28/12 Richard White Deposition Exhibit 3 - Frog Bath Luve Buddy |
| 46 | | | | | 11/28/12 Richard White Deposition Exhibit 4 - Duck Just Born Tub Pal |
| 47 | | | | | 11/28/12 Richard White Deposition Exhibit 5 - Chick Bath Luve |
| 48 | | | | | 11/28/12 Richard White Deposition Exhibit 6 - Royalty Report |
| 49 | | | | | 11/28/12 Richard White Deposition Exhibit 7 - SoothTime Splash Soother Calming Bath Pacifier |

Page  2  of  9  Pages

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Triboro Quilt Manufacturing Corp. | vs. | Luve LLC | CASE NO. 10-cv-03604 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | 11/28/12 Richard White Deposition Exhibit 8 - SoothTime Splash Soother Calming Bath Pacifier |
| 51 | | | | | 11/28/12 Richard White Deposition Exhibit 9 - Triboro Catalog Page |
| 52 | | | | | 11/28/12 Richard White Deposition Exhibit 10 - Letter from A. Seckinger re: "New Product Ideas" |
| 53 | | | | | 11/28/12 Richard White Deposition Exhibit 11 - Email chain re: Bath Luve |
| 54 | | | | | 11/28/12 Richard White Deposition Exhibit 12 - Email chain re: Luve Puffs and Puppet Towels |
| 55 | | | | | 11/28/12 Richard White Deposition Exhibit 13 - Email chain btwn A. Seckinger & M. Gemma |
| 56 | | | | | 11/28/12 Richard White Deposition Exhibit 14 - Duck Tubby Towel |
| 57 | | | | | 11/28/12 Richard White Deposition Exhibit 15 - Turtle Tubby Towel |
| 58 | | | | | 11/28/12 Richard White Deposition Exhibit 16 - 1/8/10 Letter to Triboro re: notice of breach |
| 59 | | | | | 11/28/12 Richard White Deposition Exhibit 17 - 2/5/10 Letter to Luve re: 1/8/10 notice of breach |
| 60 | | | | | 11/28/12 Richard White Deposition Exhibit 18 - Email chain re: royalty report |
| 61 | | | | | 11/28/12 Richard White Deposition Exhibit 19 - Email chain re: royalty report |
| 62 | | | | | 11/28/12 Richard White Deposition Exhibit 20 - 8/26/09 letter re: LUVE trademark application |
| 63 | | | | | 11/28/12 Richard White Deposition Exhibit 21 - Bath Luve Product Sample |
| 64 | | | | | 11/28/12 Richard White Deposition Exhibit 22 -3/17/09 Email from D. Slabbekorn |
| 65 | | | | | 11/28/12 Richard White Deposition Exhibit 23 - Email chain re: Babies R Us |
| 66 | | | | | 11/28/12 Richard White Deposition Exhibit 24 - Email chain re: Contract |
| 67 | | | | | 11/28/12 Richard White Deposition Exhibit 25 - Email chain re: Just Born; Better Bath Line |
| 68 | | | | | 11/28/12 Richard White Deposition Exhibit 26 - Duck Hooded Towel |
| 69 | | | | | 11/28/12 Richard White Deposition Exhibit 27 - Design drawing for Duck Hooded Towel |
| 70 | | | | | 11/28/12 Richard White Deposition Exhibit 28 - Duck Hooded Towel |
| 71 | | | | | 11/28/12 Richard White Deposition Exhibit 29 - Design drawing for Duck Bath Luve |
| 72 | | | | | 11/28/12 Richard White Deposition Exhibit 30 - Design drawing for Fish Bath Luve |
| 73 | | | | | 11/28/12 Richard White Deposition Exhibit 31 - Design drawing for Dragonfly Bath Luve |
| 74 | | | | | 11/28/12 Richard White Deposition Exhibit 32 - design drawing for Butterfly Luve Puff |
| 75 | | | | | 11/28/12 Richard White Deposition Exhibit 33 - Just Born Hooded Towel on BBB Website |
| 76 | | | | | 11/28/12 Dichard White Deposition Exhibit 34 - Photo of Bath Luve & Circo Products |

Page  3  of  9  Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Triboro Quilt Manufacturing Corp. | vs. | Luve LLC | CASE NO. 10-cv-03604 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | | | | 11/28/12 Richard White Deposition Exhibit 35 - Photo of Bath Luve & Circo Products |
| 78 | | | | | 11/28/12 Richard White Deposition Exhibit 36 - Photo of Bath Luve and Just Born products |
| 79 | | | | | 11/28/12 Richard White Deposition Exhibit 37 - Photo of Bath Luve and Just Born products |
| 80 | | | | | 11/28/12 Richard White Deposition Exhibit 38 - Just Born Duck on Kohls Website |
| 81 | | | | | 11/28/12 Richard White Deposition Exhibit 39 - 2010 Triboro Product Catalog |
| 82* | | | | | 3/28/13 Richard White Deposition Transcript |
| 83 | | | | | 4/24/13 Richard White Deposition Transcript (continued from 3/28/13) |
| 84 | | | | | 3/28/13 Richard White Deposition Exhibit 1 - FRCP 30(b)(6) Deposition Notice to Triboro |
| 85 | | | | | 4/24/13 Richard White Deposition Exhibit 2 - 1/8/10 Letter from L. Seese to L. DelJuidice |
| 86 | | | | | 4/24/13 Richard White Deposition Exhibit 3 - 2/5/10 Letter from L. DelJuidice to L. Seese |
| 87* | | | | | 1/17/13 Daryl Farrell Deposition Transcript (Vol. I) |
| 88* | | | | | 1/18/13 Daryl Farrell Deposition Transcript (Vol. II)* |
| 89 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 1 - Triboro/Luve Exclusive License Agreement |
| 90 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 2 - Complaint (Dkt. 1) |
| 91 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 3 - Bath Luve Chick |
| 92 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 4 - Bath Luve Duck |
| 93 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 5 - Mutual Confidentiality Agreement |
| 94 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 6 - Email chain re: Bath Luve |
| 95 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 7 - Babies R Us Duck Bath Cozy |
| 96 | | | | | 1/18/13 Daryl FarrellDeposition Exhibit 8 - Babies R Us Butterfly Bath Cozy |
| 97 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 9 - Babies R Us Fish Bath Cozy |
| 98 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 10 - Babies R Us matching fish puff |
| 99 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 11 - Hooded towel manufactured for Kohl's |
| 100 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 12 - Just Born Bath Cozy |
| 101 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 13 - Just Born Bath Cozy |
| 102 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 14 - 12/3/10 Letter from T. Otterlee to A. Seckinger |
| 103 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 15 - Soothe Time Splasher |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Triboro Quilt Manufacturing Corp. | | vs. | | Luve LLC | CASE NO. 10-cv-03604 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 104 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 16 - Photo of Bath Luve trade show display |
| 105 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 17 - One-page document showing Soothe Time items |
| 106 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 18 - A. Seckinger designs and drawings (39 pages) |
| 107 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 19 - Photo of Carter Duck Hooded Towel |
| 108 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 20 - Photo of Carter Frog Hooded Towel |
| 109 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 21 - Tubby Pal |
| 110 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 22 - Duck Tubby Pal |
| 111 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 23 - Email Chain re: Bath Luve update |
| 112 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 24 - 4/19/10 Letter from M. Best to L. DelJuidice |
| 113* | | | | | 3/6/13 Dennis Amendola Deposition Transcript |
| 114* | | | | | 3/8/13 Donna Slabbekorn Deposition Transcript |
| 115 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 1 - Pink Bath Luve turtle |
| 116 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 2 - Email chain btwn DS and A. Seckinger |
| 117 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 3 - Email chain btwn DS and A. Seckinger |
| 118 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 4 - Document re: 7/7/09 Buy Buy Baby Appointment |
| 119 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 5 - Email chain btwn DS and J. Balliet |
| 120 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 6 - Duck Bath Buddy |
| 121* | | | | | 3/14/13 Cathy Sun Deposition Transcript |
| 122* | | | | | 3/14/13 Richard Williams Deposition Transcript |
| 123 | | | | | 3/14/13 Richard Williams Deposition Exhibit - Tubby Pal |
| 124* | | | | | 3/28/13 Joel Kaplan Deposition Transcript |
| 125* | | | | | 4/24/13 Joel Kaplan Deposition Transcript (continued from 3/28/13) |
| 126* | | | | | 3/28/13 Joel Kaplan Deposition Exhibit 1 - Complaint (Dkt. 1) |
| 127 | | | | | 3/28/13 Joel Kaplan Deposition Exhibit 2 - Triboro/Luve Exclusive License Agreement |
| 128 | | | | | 3/28/13 Joel Kaplan Deposition Exhibit 3 - 1/8/10 Letter from L. Seese to L. DelJuidice |
| 129 | | | | | 3/28/13 Joel Kaplan Deposition Exhibit 4 - 2/5/10 Letter from L. DelJuidice to L. Seese |
| 130 | | | | | 3/28/13 Joel Kaplan Deposition Exhibit 5 - 7/17/09 Letter from T. Otterlee to JK |

✎AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Triboro Quilt Manufacturing Corp. | | vs. | | Luve LLC | CASE NO. 10-cv-03604 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 131 | | | | | 3/28/13 Joel Kaplan Deposition Exhibit 6 - 8/10/09 Letter from L. DelJuidice to T. Otterlee |
| 132 | | | | | 3/28/13 Joel Kaplan Deposition Exhibit 7 - 4/19/10 Notice of Termination |
| 133 | | | | | 3/28/13 Joel Kaplan Deposition Exhibit 8 - Triboro020415-020436 |
| 134 | | | | | 3/28/13 Joel Kaplan Deposition Exhibit 9 - US Copyright Registration VA 1-743-833 |
| 135 | | | | | 4/24/13 Joel Kaplan Deposition Exhibit 10 - Triboro019310 (Email Chain) |
| 136 | | | | | 4/24/13 Joel Kaplan Deposition Exhibit 11 - Triboro019442 (Email Chain) |
| 137 | | | | | 4/24/13 Joel Kaplan Deposition Exhibit 12 - Triboro016116 (Email) |
| 138 | | | | | 4/24/13 Joel Kaplan Deposition Exhibit 13 - Triboro014693 (Email Chain) |
| 139 | | | | | 4/24/13 Joel Kaplan Deposition Exhibit 14 - Triboro015334 (Email Chain) |
| 140 | | | | | 4/24/13 Joel Kaplan Deposition Exhibit 15 - Luve Royalties 2011 |
| 141 | | | | | 4/24/13 Joel Kaplan Deposition Exhibit 16 - Luve Royalities 2012 |
| 142* | | | | | 4/1/13 Marilyn Gemma Deposition Transcript |
| 143 | | | | | 4/1/13 Marilyn Gemma Deposition Exhibit 1 - 1/09 Email chain btwn MG and A. Seckinger |
| 144 | | | | | 4/1/13 Marilyn Gemma Deposition Exhibit 2 - 1/29/08 Email from MG to A. Seckinger |
| 145 | | | | | 4/1/13 Marilyn Gemma Deposition Exhibit 3 - 5/16/08 Email from MG to A. Seckinger |
| 146 | | | | | 4/1/13 Marilyn Gemma Deposition Exhibit 4 - Triboro020130-020142 |
| 147 | | | | | 4/1/13 Marilyn Gemma Deposition Exhibit 5 - Triboro020130-020142 |
| 148 | | | | | 4/1/13 Marilyn Gemma Deposition Exhibit 6 - Triboro020215-020237 |
| 149 | | | | | 4/1/13 Marilyn Gemma Deposition Exhibit 7 - Triboro020238-020255 |
| 150 | | | | | 4/1/13 Marilyn Gemma Deposition Exhibit 8 - Triboro020256-020266 |
| 151 | | | | | 4/1/13 Marilyn Gemma Deposition Exhibit 9 - 4/18/08 Email from MG to A. Seckinger |
| 152* | | | | | 5/29/13 Gabrielle Goldaper Deposition Transcript |
| 153 | | | | | 5/29/13 Gabriele Goldaper Deposition Exhibit 1 - Deposition Notice to G. Goldaper |
| 154* | | | | | 5/29/13 Gabriele Goldaper Deposition Exhibit 2 - Expert Report of Ms. Goldaper |
| 155 | | | | | 5/29/13 Gabriele Goldaper Deposition Exhibit 3 - Expert Report of Mr. Don Smith |
| 156 | | | | | 5/29/13 Gabriele Goldaper Deposition Exhibit 4 - Triboro/Luve Exclusive License Agreement |
| 157* | | | | | 5/30/13 Don Smith Deposition Transcript |

Page   6   of   9   Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Triboro Quilt Manufacturing Corp. | vs. | Luve LLC | CASE NO. 10-cv-03604 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 158 | | | | | 5/30/13 Don Smith Deposition Exhibit 1 - D. Smith's Supplemental Expert Report |
| 159 | | | | | 5/30/13 Don Smith Deposition Exhibit 2 - D. Smith's Expert Report |
| 160 | | | | | 5/30/13 Don Smith Deposition Exhibit 3 - Triboro/Luve Exclusive License Agreement |
| 161 | | | | | 5/30/13 Don Smith Deposition Exhibit 4 - Triboro004643-004565 (Sales report) |
| 162 | | | | | 5/30/13 Don Smith Deposition Exhibit 5 - Triboro004542 (BRU Misc Bath Report 2010) |
| 163 | | | | | 6/10/13 David Schiller Deposition Transcript* |
| 164 | | | | | 6/10/13 David Schiller Deposition Exhibit 1 - Amended Deposition Notice to D. Schiller |
| 165 | | | | | 6/10/13 David Schiller Deposition Exhibit 2 - Retainer Agreement btwn Luve and Schiller Exline |
| 166 | | | | | 6/10/13 David Schiller Deposition Exhibit 3 - Schiller Exline Billing Invoice to Luve through 6/5/13 |
| 167* | | | | | 6/10/13 David Schiller Deposition Exhibit 4 - Plaintiff's 4th Set of Requests for Production |
| 168 | | | | | 6/10/13 David Schiller Deposition Exhibit 5 - D. Schiller's Expert Report |
| 169* | | | | | 6/10/13 David Schiller Deposition Exhibit 6 - Fed. R. Civ. P. 26 |
| 170* | | | | | 6/10/13 David Schiller Deposition Ex. 7 - S. Jones Expert Report in Rebuttal to D. Schiller Report |
| 171* | | | | | 6/10/13 David Schiller Deposition Exhibit 8 - Findings of Facts in In Re: Allied Physcians Group |
| 172 | | | | | U.S. Trademark Application Serial No. 77/820,650 for BATH LUVE and File History |
| 173 | | | | | U.S. Copyright Registration VA 529-473 and Deposit |
| 174* | | | | | USPTO General Information Guide re Patent Pending (USPTO Website)* |
| 175* | | | | | Decision in R.F.M.A.S., Inc. v. Mimi So, et al., 06-cv-13114-VM (SDNY) |
| 176* | | | | | Triboro's First Set of Interrogatories |
| 177* | | | | | Triboro's Second Set of Interrogatories |
| 178* | | | | | Triboro's First Set of Document Requests |
| 179* | | | | | Triboro's Third Set of Document Requests |
| 180* | | | | | Triboro's Fourth Set of Document Requests |
| 181* | | | | | Triboro's First Set of Requests for Admission |
| 182 | | | | | Triboro's Initial Disclosures |
| 183* | | | | | Triboro's Responses and Objections to Luve's 1st Set of Document Requests |
| 184 | | | | | Triboro's Responses and Objections to Luve's 1st Set of Interrogatories (Nos. 1-25) |

Page   7   of   9   Pages

✎ AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Triboro Quilt Manufacturing Corp. | | vs. | | Luve LLC | CASE NO. 10-cv-03604 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 185 | | | | | Triboro's Responses and Objections to Luve's 1st Set of Requests for Admission (Nos. 1-12) |
| 186* | | | | | Expert Report of Gabriele Goldaper |
| 187* | | | | | Expert Report of Stephen Jones* |
| 188* | | | | | Luve's First Set of Interrogatories |
| 189* | | | | | Luve's First of Requests for Admission |
| 190* | | | | | Luve's First Set of Requests for Production of Documents |
| 191* | | | | | Luve's Responses to Triboro's 1st Set of Document Requests |
| 192* | | | | | Luve's Responses to Triboro's 3rd Set of Document Requests |
| 193* | | | | | Luve's Supplemental Responses to Triboro's 1st Set of Document Requests |
| 194 | | | | | Luve's Responses to Triboro's 1st Set of Interrogatories (Nos. 1-5) |
| 195 | | | | | Luve's Supplemental Responses to Triboro's 1st Set of Interrogatories (Nos. 1-5) |
| 196 | | | | | Luve's Responses to Triboro's 1st Set of Requests for Admission |
| 197 | | | | | Luve's Expert Disclosures |
| 198 | | | | | Luve's Supplement Expert Disclosures |
| 199 | | | | | Expert Report of Don Smith |
| 200 | | | | | Supplemental Expert Report of Don Smith |
| 201 | | | | | LUV 000217-000243 (2009 Triboro Catalog) |
| 202 | | | | | LUV 000467-000468 (Letter) |
| 203 | | | | | LUV 000480 (Email Chain) |
| 204 | | | | | LUV 000504-000505 (Email Chain) |
| 205 | | | | | LUV 000616-000617 (Email Chain) |
| 206 | | | | | LUV 000681-000682 (Email Chain) |
| 207 | | | | | LUV 000752 (Letter) |
| 208 | | | | | LUV 000992 (Email Chain) |
| 209 | | | | | LUV 001773-001774 (Email Chain) |
| 210 | | | | | LUV 001887-001888 (Email Chain) |
| 211 | | | | | LUV 001913-001915 (Email Chain) |

Page 8 of 9 Pages

✎ AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Triboro Quilt Manufacturing Corp. | | vs. | | Luve LLC | CASE NO. 10-cv-03604 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 212 | | | | | LUV 001921-001922 (Email Chain) |
| 213 | | | | | Triboro000162-000198 (2012 Triboro Catalog) |
| 214 | | | | | Triboro002466-002504 (2010 Triboro Catalog) |
| 215 | | | | | Triboro002505-002560 (2011 Triboro Catalog) |
| 216 | | | | | Triboro005830-005833 (Email and Attachment) |
| 217 | | | | | Triboro006291 (Email) |
| 218 | | | | | Triboro009540-009541 (Email Chain) |
| 219 | | | | | Triboro010796 (Email) |
| 220 | | | | | Triboro012232 (Email) |
| 221 | | | | | Triboro012233-012234 (Email Chain) |
| 222 | | | | | Triboro013865-013867 (Email Chain) |
| 223 | | | | | Triboro014218 (Email) |
| 224 | | | | | Triboro014293-014298 (Email Chain) |
| 225 | | | | | Triboro018956 (Email Chain) |
| 226 | | | | | Triboro019194-019195 (Email and Attachment) |
| 227 | | | | | Triboro019249-019250 |
| 228 | | | | | Triboro019279-019282 (Email and Attachments) |
| 229 | | | | | Triboro019285 (Email Chain) |
| 230 | | | | | Triboro019303 (Email) |
| 231 | | | | | Triboro019322 (Email Chain) |
| 232 | | | | | Triboro019340-019341 (Email Chain) |
| 233 | | | | | Triboro019342-019347 (Email Chain and Attachments) |
| 234 | | | | | Triboro019370-019371 (Email Chain) |
| 235 | | | | | Triboro019374-019376 (Email Chain) |
| 236* | | | | | 01/30/12 Letter from McDermott Will & Emery to David Schiller |
| 237 | | | | | 2006 Trade Show Triboro Display |
| | | | | | |