# EXHIBIT B

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY David Schiller |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY Donna Hilbert |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Richard White Depo Ex #15 – Circa Turtle tubby towel |
| | 2 | | | | Richard White Depo Ex #14 – Circa Duck tubby towel |
| | 3 | | | | Richard White Depo Ex # 21 Bath Luve test designs |
| | 4 | | | | Richard White Depo Ex 7 Soothe Time |
| | 5 | | | | Richard White Depo Ex 5 Bath Luve Duck |
| | 6 | | | | Richard White Depo Ex 8 Soothe Time S |
| | 7* | | | | Richard White Depo Ex 1 Tubby Pal Knock Off |
| | 8 | | | | Richard White Depo Ex 4 Just Born Wash Cloth 7 Tub Pal |
| | 9 | | | | Richard White Depo Ex 3 Bath Luve buddy |
| | 10 | | | | Donna Slabbekorn Depo Ex 1 Pink Turtle Luve |
| | 11 | | | | Donna Slabbekorn Depo Ex 6 Duck buddy |
| | 12 | | | | Daryl Farrell Depo Ex 11 Hooded towel and 2 washcloths |
| | 13 | | | | Daryl Farrell Depo Ex 8 12 Bath Cozy fish |
| | 14 | | | | Daryl Farrell Depo Ex 9 Bath Cozy fish |
| | 15 | | | | Daryl Farrell Depo Ex 3 Bath Luve duck |
| | 16 | | | | Daryl Farrell Depo Ex 13 Bath Cozy Just Born frog |
| | 17 | | | | Daryl Farrell Depo Ex 15 Soothe Time Splash Soother |
| | 18 | | | | Daryl Farrell Depo Ex 21 Tubby Pal (Pico) fish |
| | 19 | | | | Daryl Farrell Depo Ex 7 Bath Cozy Babies-R-Us |
| | 20 | | | | Daryl Farrell Depo Ex 22 Tubby Pal (Pico) duck |
| | 21 | | | | Daryl Farrell Depo Ex 5 Mutual Confidentiality |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Print     Save As...     Export as FDF     Retrieve FDF File     New Page     Reset

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ **DISTRICT OF** _____ NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY David Schiller |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY Donna Hilbert |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 22 | | | | Daryl Farrell Depo Ex 6 – email |
| | 23 | | | | Daryl Farrell Depo Ex 14  Copyright certificates |
| | 24 | | | | Daryl Farrell Depo Ex 16 photo of display |
| | 25 | | | | Daryl Farrell Depo Ex 17 Soothe Time ad |
| | 26 | | | | Daryl Farrell Depo Ex 18 Amy Seckinger design |
| | 27 | | | | Daryl Farrell Depo Ex 23 email |
| | 28 | | | | Daryl Farrell Depo Ex 24 April 19, 2010 Termination Notice |
| | 29 | | | | Joel Kaplan Depo V.1, Ex 1 Complaint |
| | 30 | | | | Joel Kaplan Depo V. 1, Ex 3 January 8, 2010 Notice Letter |
| | 31 | | | | Joel Kaplan Depo V. 1, Ex 4 February 5, 2010 Letter responding to January 8, 2010 Notice |
| | 32 | | | | Joel Kaplan Depo V. 1, Ex 5 July 17, 2009 Notice Letter from Luve |
| | 33 | | | | Joel Kaplan Depo V. 1, Ex 6 - 8/10/09  response to 7/17/09 Notice Letter |
| | 34 | | | | Joel Kaplan Depo V. 1, Ex 7 – April 19, 2010 termination letter |
| | 35 | | | | Joel Kaplan Depo V. 1, Ex 8 – PLM of Splash Soother |
| | 36 | | | | Joel Kaplan Depo V. 1, Ex 9 – copyright registration of packaging |
| | 37 | | | | Joel Kaplan Depo V. 2, Ex 10 – email |
| | 38 | | | | Joel Kaplan Depo V. 2, Ex 11 – email |
| | 39 | | | | Joel Kaplan Depo V. 2, Ex 12 – email |
| | 40 | | | | Joel Kaplan Depo V. 2, Ex 13 – email |
| | 41 | | | | Joel Kaplan Depo V. 2, Ex 14 - email |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

New Page

Print    Save As...    Export as FDF    Retrieve FDF File    Reset

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE<br>VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY<br>Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY<br>Donna Hilbert |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 42 | | | | Joel Kaplan Depo V. 2, Ex 15 – Audit numbers Triboro Internal |
| | 43 | | | | Joel Kaplan Depo V. 2, Ex 16 – Audit numbers Triboro Inernal |
| | 44 | | | | Marilyn Gemma Depo Ex 1 – email |
| | 45 | | | | Marilyn Gemma Depo Ex 2 – email |
| | 46 | | | | Marilyn Gemma Depo Ex 3 – email |
| | 47 | | | | Marilyn Gemma Depo Ex 4 – PLM Kmart Bath Cozy |
| | 48 | | | | Marilyn Gemma Depo Ex 5 – PLM Falls Creek |
| | 49 | | | | Marilyn Gemma Depo Ex 6 – PLM Kohls |
| | 50 | | | | Marilyn Gemma Depo Ex 7 – PLM Kohls |
| | 51 | | | | Marilyn Gemma Depo Ex 8 – PLM Bath Luve |
| | 52 | | | | Marilyn Gemma Depo Ex 9 – email |
| | 53 | | | | Amy Seckinger Depo V. 2, Ex 11 – 2010 Triboro Catalog excerpts |
| | 54 | | | | Amy Seckinger Depo V. 2, Ex 12 – email |
| | 55 | | | | Amy Seckinger Depo V. 2, Ex 25 – letter from AS to Martha & Daryl |
| | 56 | | | | Amy Seckinger Depo V. 2, Ex 27 – Trademark |
| | 57 | | | | Amy Seckinger Depo V. 2, Ex 28 – domain register |
| | 58 | | | | Amy Seckinger Depo V. 2, Ex. 29 – Website data |
| | 59 | | | | Amy Seckinger Depo V. 2, Ex. 30 – domain register |
| | 60 | | | | Amy Seckinger Depo V. 2, Ex 31 - email |
| | 61 | | | | Amy Seckinger Depo V. 1, Ex 1A – photos Luve packaging |
| | 62 | | | | Amy Seckinger Depo V. 1, Ex 2 – patent application |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

New Page

Print     Save As...     Export as FDF     Retrieve FDF File     Reset

☐ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN    **DISTRICT OF**    NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

### EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE<br>VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY<br>Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY<br>Donna Hilbert |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 63 | | | | Amy Seckinger Depo V. 1, Ex 3 – ELA |
| | 64 | | | | Amy Seckinger Depo V. 1, Ex 5 – proposal for amendment to ELA |
| | 65 | | | | Triboro Bates 004125 – Email |
| | 66 | | | | Triboro Bates 004575-4578 – Sales and Inventory |
| | 67 | | | | Triboro Bates 004580-4581 – Agenda Bath meeting |
| | 68 | | | | Triboro Bates 004650-4716 – Sales & Inventory 2009 |
| | 69 | | | | Triboro Bates 004902 – email |
| | 70 | | | | Triboro Bates 005210-5271 – Line Status 2010 |
| | 71 | | | | Triboro Bates 005692-5704 – Royalty Report 2010 |
| | 72 | | | | Triboro Bates 005835-5850 – Royalty Report 2009 (Jan – June) |
| | 73 | | | | Triboro Bates 005851-5875 – Royalty Report 2009 (Oct-Dec) |
| | 74 | | | | Triboro Bates 005878-5887 – Check copy to Luve LLC |
| | 75 | | | | Triboro Bates 005888-5891 – Email |
| | 76 | | | | Triboro Bates 005894 – Luve, Inc. Royalties 11/2009 |
| | 77 | | | | Triboro Bates 000162-198 – Color photos catalog |
| | 78 | | | | Triboro Bates 006230-6231 – Triboro Perf. in Bath Cat. 2008 v. 2009 |
| | 79 | | | | Triboro Bates 006249-6250 – email |
| | 80 | | | | Triboro Bates 006261-6270 – Royalty Report 10/01/07 to 12/31/07 |
| | 81 | | | | Triboro Bates 006272-6279 – Royalty Report Luve, Inc. 01/01/08 to 12/31/08 |
| | 82 | | | | Triboro Bates 006280-6289 – Royalty Report from 10/1/07 to 12/31/07 |
| | 83 | | | | Triboro Bates 06330-6333 – Bath Luve Sales Forecast |
| | 84 | | | | Triboro Bates 005831-5833 – Bath Luve Cons. Sales and Mkt Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

New Page

Print    Save As...    Export as FDF    Retrieve FDF File    Reset

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY David Schiller |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY Donna Hilbert |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 85 | | | | Triboro Bates 007956-7957 – email |
| | 86 | | | | Triboro Bates 008613 – email |
| | 87 | | | | Triboro Bates 000457-466 – ORCA 2010, Girl Bath Luve Fish |
| | 88 | | | | Triboro Bates 000467, 480-481 – ORCA 2010, Bath Luve Fish |
| | 89 | | | | Triboro Bates 000643-650 – ORCA Bath Cosy 2011 |
| | 90 | | | | Triboro Bates 000651-658 – ORCA Bath Cosy 2011 |
| | 91 | | | | Triboro Bates 000659-666 – ORCA 2011 Neutral Bath Cosy |
| | 92 | | | | Triboro Bates 009383-9388 – Just Born Bedding |
| | 93 | | | | Triboro Bates 009466-9467 – email |
| | 94 | | | | Triboro Bates 009538-9539 – email |
| | 95 | | | | Triboro Bates 000482-491 – ORCA Bath Luve Fish Pink 2010 |
| | 96 | | | | Triboro Bates 001511-1523 – ORCA Bath Luve Fish 2009 |
| | 97 | | | | Triboro Bates 001826-1834 – ORCA Luve Buddy Fish Girl 2009 |
| | 98 | | | | Triboro Bates 001851-1859 – ORCA Frog Luve w/Frog Buddy 2009 |
| | 99 | | | | Triboro Bates 001860-1879 – ORCA Bath Luve and Buddy Set 2009 |
| | 100 | | | | Triboro Bates 001880-1889 – ORCA Frog Luve w/Frog Buddy 2009 |
| | 101 | | | | Triboro Bates 001905-1913 – ORCA Fish Luve w/Fish Buddy 2009 |
| | 102 | | | | Triboro Bates 001966-1974 – ORCA Duck Luve w/Duck Buddy 2009 |
| | 103 | | | | Triboro Bates 010796-1799 – email |
| | 104 | | | | Triboro Bates 011650-11651 – email |
| | 105 | | | | Triboro Bates 012033-12036 - email |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 5 of _____ Pages

New Page

Print    Save As...    Export as FDF    Retrieve FDF File    Reset

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN                        DISTRICT OF              NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP                    **EXHIBIT AND WITNESS LIST**

V.

LUVE, LLC                                 Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE<br>VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY<br>Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY<br>Donna Hilbert |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 106 | | | | Luve 0065-0070 Emails regarding poor quality |
| | 107 | | | | Luve 0029-0032 Design Development drawings |
| | 108 | | | | Luve 00164-00207 2010 Triboro Catalogue |
| | 109 | | | | Luve 00208-209 Triboro Product pictures |
| | 110 | | | | Luve 0383-384  BabyGear Web page screen shot |
| | 111 | | | | Luve 00391 Graphics for Bath Luve packaging |
| | 112* | | | | Luve 00392-0394 Photos of Justborn knock offs |
| | 113 | | | | Luve 00400-409 Luve designs |
| | 114 | | | | Luve 00419-420 Bath Luve design |
| | 115 | | | | Luve 00422-0425 Bath Luve copy and photos |
| | 116 | | | | Luve 00434 Trademark Registration |
| | 117 | | | | Luve 00440 Luve Puppet Towell designs |
| | 118 | | | | Luve 00442 Packaging design Luve |
| | 119 | | | | Luve 00444 Luve blanket designs |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

New Page

Print     Save As...     Export as FDF     Retrieve FDF File     Reset

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE<br>VINCENT L. BRICCETTI | | | | | PLAINTIFF'S ATTORNEY<br>Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY<br>Donna Hilbert |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 120 | | | | Triboro Bates 012082 – Photo after 20 wash from consumer fish | |
| | 121 | | | | Triboro Bates 012083 – Photo after 20 wash from consumer duck | |
| | 122 | | | | Triboro Bates 012084 – Photo after 20 wash from consumer frog | |
| | 123 | | | | Triboro Bates 012121 – email | |
| | 124 | | | | Triboro Bates 012257 – photo fish | |
| | 125 | | | | Triboro Bates 012258 – photo close up | |
| | 126 | | | | Triboro Bates 012849-12582 – email | |
| | 127 | | | | Triboro Bates 013039-13040 – email | |
| | 128 | | | | Triboro Bates 013628-13632 – email | |
| | 129 | | | | Triboro Bates 013868- – email | |
| | 130 | | | | Triboro Bates 014693 – email (decision to make better bath just born) | |
| | 131 | | | | Triboro Bates 015213-15214 – email | |
| | 132 | | | | Triboro Bates 015445-15446 – email | |
| | 133 | | | | Triboro Bates 015447-15453 – Bath Luve Sales Forecast | |
| | 134 | | | | Triboro Bates 015466-15470 – Bath Luve Sales Forecast | |
| | 135 | | | | Triboro Bates 015656 – email (email from White to Kaplan "don't speak to Amy") | |
| | 136 | | | | Triboro Bates 016116 – email | |
| | 137 | | | | Triboro Bates 016520-16521 – Buy Buy Baby Roll Out | |
| | 138 | | | | Triboro Bates 001992-2001 – ORCA Duck Luve w/Duck Buddy 2009 | |
| | 239 | | | | Triboro Bates 000468-479 – "material detail" Brand Bath Luve | |
| | 140 | | | | Triboro Bates 001524-1536 – Cover Page Bath Luve 2008 | |
| | 141 | | | | Triboro Bates 006253-6260 – Royalty Report 1/1/08-12/31/08 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Print    Save As...    Export as FDF    Retrieve FDF File    New Page    Reset

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

**EXHIBIT AND WITNESS LIST**

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE<br>VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY<br>Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY<br>Donna Hilbert |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 142* | | | | Luve 0065-0070 Emails regarding poor quality |
| | 143* | | | | Luve 0029-0032 Design Development drawings |
| | 144* | | | | Luve 00164-00207 2010 Triboro Catalogue |
| | 145* | | | | Luve 00208-209 Triboro Product pictures |
| | 146* | | | | Luve 0383-384  BabyGear Web page screen shot |
| | 147* | | | | Luve 00391 Graphics for Bath Luve packaging |
| | 148* | | | | Luve 00392-0394 Photos of Justborn knock offs |
| | 149* | | | | Luve 00400-409 Luve designs |
| | 150* | | | | Luve 00419-420 Bath Luve design |
| | 151* | | | | Luve 00422-0425 Bath Luve copy and photos |
| | 152* | | | | Luve 00434 Trademark Registration |
| | 153* | | | | Luve 00440 Luve Puppet Towell designs |
| | 154* | | | | Luve 00442 Packaging design Luve |
| | 155* | | | | Luve 00444 Luve blanket designs |
| | 156* | | | | June 4, 2007 Email presenting Valboa fabric to Triboro |
| | 157* | | | | May 11, 2007 Email from Martha Estevez to Luve acknowledging the bath Luve Line |
| | 158* | | | | May 15, 2007 Email from Martha Estevez to Luve regarding Blankets |
| | 159* | | | | May 16, 2007 Email from Martha Estevez to Luve regarding Blankets with JPEG attachements |
| | 160* | | | | January 7, 2008 Email from Seckinger to Estevez regarding towels and washcloths in the Luve Line |
| | 161* | | | | April 11, 2007 Email exchange between Daryl Farrell and Seckinger re: blankets in the Luve Line |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

New Page

Print     Save As...     Export as FDF     Retrieve FDF File     Reset

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE<br>VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY<br>Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY<br>Donna Hilbert |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 162 | | | | Triboro's Resonses to Request for Admissions |
| | 163 | | | | Triboro's Responses to Interrogatories |
| | 164* | | | | Code 31 Luve Styles produced by Bea Robustelli |
| | 165* | | | | All Royalty Reports produced at the April 2014 audit |
| | 166* | | | | Email dated 7/12/06 from Richard White to Amy Seckinger |
| | 167* | | | | Email dated 7/14/06 from Richard White to Amy Seckinger |
| | 168 | | | | Several emails dated 11/11/08  Bates Triboro019055 |
| | 169 | | | | Email dated 6/4/07 Bates Triboro019198 |
| | 170 | | | | Email dated 7/5/06 Bates Triboro019236 |
| | 171 | | | | Email dated 7/12/06 Bates Triboro019237 |
| | 172 | | | | Email dated 4/30/07 Bates Triboro019274-019275 |
| | 173 | | | | Email dated 6/26/07 Bates Triboro019285 |
| | 174* | | | | Email dated 1/7/08 from Amy Seckinger to Martha Estevez |
| | 175 | | | | Email dated 10/28/08 Bates Triboro019312 |
| | 176* | | | | Email dated 2/11/09 From Amy Seckinger to Donna Slabbekorn |
| | 177* | | | | Email dated 2/16/09 from Amy Seckinger to Donna Slabbekorn |
| | 178* | | | | Email dated 7/19/07 from Daryl Farrell to Amy Seckinger |
| | 179* | | | | Email dated 1/27/09 from Donna Slabbekorn to Amy Seckinger |
| | 180* | | | | Email dated 10/7/08 from Donna Slabbekorn to Amy Seckinger |
| | 181* | | | | Email dated 9/30/08 from Amy Seckinger to Joel Kaplan and from Joel Kaplan to Amy Seckinger dated 9/23/08 |
| | 182* | | | | Email dated 11/13/08 from Daryl Farrell to Amy Seckinger |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Print     Save As...     Export as FDF     Retrieve FDF File     New Page     Reset

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK, WHITE PLAINS DIV |

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY David Schiller |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY Donna Hilbert |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 183* | | | | Exclusive License Agreement |
| | 184* | | | | Email dated 5/16/08 from Amy to Richard White |
| | 185 | | | | Email dated 3/20/09 Bates Triboro 019400-019404 |
| | 186* | | | | Emails dated 3/17- 3/20/09 between Donna Slabbekorn and Amy Seckinger |
| | 187* | | | | Email dated 3/20/.09 from Amy to Donna Slabbekorn |
| | 188* | | | | Email dated 11/19/08 from Lucia Gold to Amy Seckinger |
| | 189* | | | | Emails dated 1/27/09 between Donna Slabbekorn and Amy Seckinger |
| | 190* | | | | Emails dated 2/11/09-2/17/09 between Donna Slabbekorn and Amy Seckinger |
| | 191* | | | | Emails dated 2/24/09 between Donna Slabbekorn and Amy Seckinger |
| | 192* | | | | Email dated 2/25/07 from Richard White to Amy Seckinger |
| | 193* | | | | Emails dated 9/2/09 between Richard White, Amy Seckinger and Joel Kaplan |
| | 194* | | | | Emails dated 11/11/08 and 11/17/08 between Richard White, Lucia Gold and Amy Seckinger |
| | 195* | | | | Emails dated 6/25/08-6/26/07 between Richard White and Amy Seckinger |
| | 196 | | | | Emails dated 8/27/09 Bates Triboro019348 |
| | 197 | | | | Email dated 1/12/10  Bates Triboro006291 |
| | 198 | | | | Emails dated 6/24/09 Bates Triboro013039-013040 |
| | 199 | | | | Emails Bates Triboro014260 |
| | 200 | | | | Email Bates Triboro014261 |
| | 201 | | | | Email Bates Triboro014693 |
| | 202 | | | | Email Bates Triboro015656 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| Print | Save As... | Export as FDF | Retrieve FDF File | New Page |
| | | | | Reset |

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN     **DISTRICT OF**     NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE<br>VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY<br>Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY<br>Donna Hilbert |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 203 |  |  |  | Email Bates Triboro016116 |
|  | 204 |  |  |  | Email Bates Triboro013039-013040 |
|  | 205 |  |  |  | Email Bates Triboro013031-013032 |
|  | 206 |  |  |  | Email Bates Triboro013844 |
|  | 207 |  |  |  | Email Bates Triboro014541-014542 |
|  | 208 |  |  |  | Email Bates Triboro014693 |
|  | 209 |  |  |  | Bates Triboro018039-018041 |
|  | 210 |  |  |  | Bates Triboro018057 |
|  | 211 |  |  |  | Bates Triboro018100-018102 |
|  | 212 |  |  |  | Bates Triboro018793-018794 |
|  | 213 |  |  |  | Bates Triboro018845 |
|  | 214 |  |  |  | Bates Triboro018947 |
|  | 215 |  |  |  | Bates Triboro018948 |
|  | 216 |  |  |  | Bates Triboro018949-018950 |
|  | 217 |  |  |  | Bates Triboro018955 |
|  | 218 |  |  |  | Bates Triboro019035-019036 |
|  | 219 |  |  |  | Bates Triboro019055 |
|  | 220 |  |  |  | Bates Triboro019098 |
|  | 221 |  |  |  | Bates Triboro019103-019112 |
|  | 222 |  |  |  | Bates Triboro019188-019189 |
|  | 223 |  |  |  | Bates Triboro019194 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Print     Save As...     Export as FDF     Retrieve FDF File     New Page     Reset

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY David Schiller |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY Donna Hilbert |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 224 | | | | Bates Triboro019195 |
| | 225 | | | | Bates Triboro019198 |
| | 226 | | | | Bates Triboro019208-019211 |
| | 227 | | | | Bates Triboro019212-019213 |
| | 228 | | | | Bates Triboro0019217-019233 |
| | 229 | | | | Bates Triboro0019236 |
| | 230 | | | | Bates Triboro019237-019238 |
| | 231 | | | | Bates Triboro019242-019243 |
| | 232 | | | | Bates Triboro019245 |
| | 233 | | | | Bates Triboro019254-019255 |
| | 234 | | | | Bates Triboro019257 |
| | 235 | | | | Bates Triboro019258-019260 |
| | 236 | | | | Bates Triboro019274-019275 |
| | 237 | | | | Bates Triboro019279 |
| | 238 | | | | Bates Triboro019280 |
| | 239 | | | | Bates Triboro019281 |
| | 240 | | | | Bates Triboro019282 |
| | 241 | | | | Bates Triboro019285 |
| | 242 | | | | Bates Triboro019297-019299 |
| | 243 | | | | Bates Triboro0192300 |
| | 244 | | | | Bates Triboro0192301-019302 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Print    Save As...    Export as FDF    Retrieve FDF File    New Page    Reset

☐ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE<br>VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY<br>Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY<br>Donna Hilbert |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 245 | | | | Bates Triboro019303 |
| | 246 | | | | Bates Triboro019304-19307 |
| | 247 | | | | Bates Triboro019308 |
| | 248 | | | | Bates Triboro019309 |
| | 249 | | | | Bates Triboro019310 |
| | 250 | | | | Bates Triboro019312 |
| | 251 | | | | Bates Triboro019313-019314 |
| | 252 | | | | Bates Triboro019315 |
| | 253 | | | | Bates Triboro019316-019321 |
| | 254 | | | | Bates Triboro019323 |
| | 255 | | | | Bates Triboro019329-019330 |
| | 256 | | | | Bates Triboro019331 |
| | 257 | | | | Bates Triboro019348 |
| | 258 | | | | Bates Triboro019349-019352 |
| | 259 | | | | Bates Triboro019353-019355 |
| | 260 | | | | Bates Triboro019388 |
| | 261 | | | | Bates Triboro019400-019404 |
| | 262 | | | | Bates Triboro019430-019431 |
| | 263 | | | | Bates Triboro019442 |
| | 264 | | | | Bates Triboro019454 |
| | 265 | | | | Bates Triboro019455 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

New Page

Print | Save As... | Export as FDF | Retrieve FDF File | Reset

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN     **DISTRICT OF**     NEW YORK, WHITE PLAINS DIV

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE<br>VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY<br>Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY<br>Donna Hilbert |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 266 | | | | Bates Triboro019456-019468 |
| | 267 | | | | Bates Triboro019469-019470 |
| | 268 | | | | Bates Triboro019473-019475 |
| | 269 | | | | Bates Triboro019476 |
| | 270 | | | | Bates Triboro019477 |
| | 271 | | | | Bates Triboro019482-019484 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Print   Save As...   Export as FDF   Retrieve FDF File   New Page   Reset

☐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK, WHITE PLAINS DIV |
|---|---|---|

TRIBORO QUILT MFG CORP

V.

LUVE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: INDEX NO. 10-CV-3604

| PRESIDING JUDGE<br>VINCENT L. BRICCETTI | PLAINTIFF'S ATTORNEY<br>Paul Fields and Cameron Reuber | DEFENDANT'S ATTORNEY<br>David Schiller |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY<br>Donna Hilbert |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 272* | | | | Circo Tubby towel products |
| | 273* | | | | Circo version of the bath buddies products |
| | 274* | | | | Koala baby version of bath luve products |
| | 275* | | | | Valboa sample material for use in blankets presented to Triboro |
| | 276* | | | | Photographs showing side by side comparison of products |
| | 277* | | | | Photographs showing complete collections to match Bath Luves |
| | 278* | | | | Photographs of Luves presentation of designs and patterns for better bath line |
| | 279* | | | | Photographs of various versions of the products in dispute sent to Triboro's counsel |
| | 280* | | | | Triboro's initial disclosures |
| | 281* | | | | All sales and royalty reports and audits produced by Triboro |
| | 282* | | | | Samples of poor quality Luves |
| | 283* | | | | Photographs of poor quality Luves |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

New Page

Print    Save As...    Export as FDF    Retrieve FDF File    Reset