```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TRIBORO QUILT MANUFACTURING                :
CORPORATION,
                        Plaintiff,         :
                                            :     ORDER
v.                                          :
                                            :     10 CV 3604 (VB)
LUVE LLC,                                   :
                        Defendant.          :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-1-14

After a discussion with counsel at the status conference held today, it is hereby ORDERED:

1. Jury selection and trial is scheduled for October 20, 2014, at 9:30 a.m. However, because the Court has already scheduled a criminal trial for the same date, trial in the present matter may be rescheduled for January 5, 2015. The parties will receive at least seven days' notice should the October 20, 2014 date prove unavailable.

2. Proposed voir dire, requests to charge, proposed verdict form, and any motions in limine shall be filed by September 19, 2014, in accordance with the Court's Individual Practices.

3. Opposition to any motion in limine shall be filed by September 26, 2014.

4. A final pre-trial conference is scheduled for October 10, 2014, at 2:00 p.m.

Dated: April 30, 2014
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge