# THE SCHILLER LAW GROUP, PLLC
*Attorneys and Counselors at Law*
3315 Silverstone Drive, Suite B
Plano, Texas 75023

David A. Schiller

November 14, 2014

**Via ECF**
Hon. Vincent L. Briccetti
Charles L. Brieant, Jr. Federal Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4250

Re:   *Triboro v. Luve LLC* Civil Action No. 10-CV-3604

Dear Judge Briccetti:

    I am counsel to Defendant/Counter Plaintiff in the above captioned matter. I respectfully request an extension of time until Monday, November 17, 2014 in which to make certain pretrial filings. An extension of time is needed because I have been ill for a few days, including the current date this filing is due.

| Pretrial filing | Current Deadline | New Deadline |
| --- | --- | --- |
| Both Parties' Jury Instructions | November 14, 2014 | November 17, 2014 |

    This is Defendant's first request for an extension of time. Plaintiff's counsel consents to this request. This request is not expected to impact any other case deadlines. The final pretrial conference is calendared for December 19, 2014, and trial is calendared for January 5, 2015.

    Thank you for your consideration.

Very truly yours,

David A. Schiller

DAS/cs
cc/ecf:    Paul Fields, Esq. (Co-counsel for Plaintiff)
           Cameron Reuber, Esq. (Co-counsel for Plaintiff
           Leason Ellis LLP
cc/ecf:    Russell Yankwitt (Co-counsel for Plaintiff)
           Craig Cepler (Co-counsel for Plaintiff)