✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Triboro Quilt Manufacturing Corp.

V.

Luve, LLC

## EXHIBIT AND WITNESS LIST

Case Number:   10-cv-03604

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|
| Vincent L. Briccetti | | Cameron Reuber, Russell Yankwitt, Craig Cepler | | David Schiller | |
| TRIAL DATE (S) | | COURT REPORTER | | COURTROOM DEPUTY | |
| 1/5/2015 - 1/16/2015 | | | | Ms. Donna Hilbert | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | 11/6/12 Amy Seckinger Deposition Exhibit 1 - Green Frog Bath Luve |
| 2 | | | | | 11/6/12 Amy Seckinger Deposition Exhibit 2 - U.S. Patent App. Publ. No. 2008/0005824 A1 |
| 3 | | | | | 11/6/12 Amy Seckinger Deposition Exhibit 3 - Triboro/Luve Exclusive License Agreement |
| 4 | | | | | 11/6/12 Amy Seckinger Deposition Exhibit 5 - Proposal For Amendment to ELA |
| 5 | | | | | 11/7/12 Amy Seckinger Deposition Exhibit 7A & 7B - Royalty Reports by Style & Customer |
| 6 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 11 – LUV000271-000273 |
| 7 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 13 - Yellow Duck Bath Luve |
| 8 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 14 - Yellow Duck Bath Luve Buddy |
| 9 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 16 - Bath Luve Blue Fish |
| 10 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 18 - Bath Luve Pink Fish |
| 11 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 19 - 7/24/07 Email from AS to Richard White |
| 12 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 21 - Bath Luve Yellow Robe |
| 13 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 22 - Bath Luve White Robe |
| 14 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 23 - Bath Luve Blue Robe |
| 15 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 24 - Child's Bath Robe |
| 16 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 26 - Email Chain btwn AS and Richard White |
| 17 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 31 - 2009 Email Chain btwn AS and Richard White |
| 18 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 32 - Green Frog Bath Luve |
| 19 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 33 - Triboro Sales #s for Amy Seckinger/Luve LLC |
| 20 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 36 - Pink Hippo Garanimal |
| 21 | | | | | 4/26/13 Amy Seckinger Deposition Exhibit 37 - Pink Hippo Bath Buddy |
| 22 | | | | | 11/28/12 Richard White Deposition Exhibit 1 - Triboro Quilt Manufacturing Corp. MCA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

New Page

Print    Save As...    Export as FDF    Retrieve FDF File    Reset

✎ AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Triboro Quilt Manufacturing Corp. | vs. | Luve LLC | CASE NO. 10-cv-03604 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | 11/28/12 Richard White Deposition Exhibit 3 - Frog Bath Luve Buddy |
| 24 | | | | | 11/28/12 Richard White Deposition Exhibit 4 - Duck Just Born Tub Pal |
| 25 | | | | | 11/28/12 Richard White Deposition Exhibit 5 - Chick Bath Luve |
| 26 | | | | | 11/28/12 Richard White Deposition Exhibit 7 - SoothTime Splash Soother Calming Bath Pacifier |
| 27 | | | | | 11/28/12 Richard White Deposition Exhibit 8 - SoothTime Splash Soother Calming Bath Pacifier |
| 28 | | | | | 11/28/12 Richard White Deposition Exhibit 9 - Triboro Catalog Page (SoothTime Splasher) |
| 29 | | | | | 11/28/12 Richard White Deposition Exhibit 12 - Email chain re: Luve Puffs and Puppet Towels |
| 30 | | | | | 11/28/12 Richard White Deposition Exhibit 14 – Circo Duck Tubby Towel |
| 31 | | | | | 11/28/12 Richard White Deposition Exhibit 15 – Circo Turtle Tubby Towel |
| 32 | | | | | 11/28/12 Richard White Deposition Exhibit 21 - Bath Luve Product Sample |
| 33 | | | | | 11/28/12 Richard White Deposition Exhibit 26 - Duck Hooded Towel |
| 34 | | | | | 11/28/12 Richard White Deposition Exhibit 33 - Just Born Hooded Towel on BBB Website |
| 35 | | | | | 11/28/12 Richard White Deposition Exhibit 34 - Photo of Bath Luve & Circo Products |
| 36 | | | | | 11/28/12 Richard White Deposition Exhibit 35 - Photo of Bath Luve & Circo Products |
| 37 | | | | | 11/28/12 Richard White Deposition Exhibit 36 - Photo of Bath Luve and Just Born products |
| 38 | | | | | 11/28/12 Richard White Deposition Exhibit 37 - Photo of Bath Luve and Just Born products |
| 39 | | | | | 11/28/12 Richard White Deposition Exhibit 39 - 2010 Triboro Product Catalog |
| 40 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 5 - Mutual Confidentiality Agreement |
| 41 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 7 - Babies R Us Duck Bath Cozy |
| 42 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 8 - Babies R Us Butterfly Bath Cozy |
| 43 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 9 - Babies R Us Fish Bath Cozy |
| 44 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 10 - Babies R Us matching fish puff |
| 45 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 11 – Just Born Duck Hooded towel (Kohl's) |
| 46 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 12 - Just Born Blue Fish Bath Cozy |
| 47 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 13 - Just Born Frog Bath Cozy (Kohl's) |
| 48 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 15 - Soothe Time Splasher |
| 49 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 21 - Tubby Pal |

Print | Save As... | Export as FDF | Retrieve FDF File | Reset

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Triboro Quilt Manufacturing Corp. | vs. | Luve LLC | CASE NO. 10-cv-03604 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | 1/18/13 Daryl Farrell Deposition Exhibit 22 - Duck Tubby Pal |
| 51 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 1 - Pink Bath Luve turtle |
| 52 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 2 - Email chain btwn DS and A. Seckinger |
| 53 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 3 - Email chain btwn DS and A. Seckinger |
| 54 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 4 - Document re: 7/7/09 Buy Buy Baby Appointment |
| 55 | | | | | 3/8/13 Donna Slabberkorn Deposition Exhibit 5 - Email chain btwn DS and J. Balliet |
| 56 | | | | | 3/14/13 Richard Williams Deposition Exhibit – Monkey Pico Tubby Pal (Walmart) |
| 57* | | | | | USPTO General Information Guide re Patent Pending (USPTO Website)* |
| 58 | | | | | LUV 000217-000243 (2009 Triboro Catalog) |
| 59 | | | | | LUV 001885-001886 (Email Chain) |
| 60 | | | | | Triboro000747-000768 (ORCA PLM for Style No. 5730) |
| 61 | | | | | Triboro000769-000783 (ORCA PLM for Style No. 5731) |
| 62 | | | | | Triboro000784-000788 (ORCA PLM for Style No. 5732) |
| 63 | | | | | Triboro000825-000829 (ORCA PLM for Style No. 5650L) |
| 64 | | | | | Triboro000830-000834 (ORCA PLM for Style No. 5651L) |
| 65 | | | | | Triboro000835-000839 (ORCA PLM for Style No. 5652L) |
| 66 | | | | | Triboro000840-000844 (ORCA PLM for Style No. 5653L) |
| 67 | | | | | Triboro000845-000847 (ORCA PLM for Style No. 5657) |
| 68 | | | | | Triboro000848-000850 (ORCA PLM for Style No. 5658) |
| 69 | | | | | Triboro000918-000927 (ORCA PLM for Style No. 5730R) |
| 70 | | | | | Triboro000928-000935 (ORCA PLM for Style No. 5731R) |
| 71 | | | | | Triboro000936-000945 (ORCA PLM for Style No. 5732R) |
| 72 | | | | | Triboro013865-013867 (Email Chain) |
| 73 | | | | | Triboro014293-014298 (Email Chain) |
| 74 | | | | | Triboro019285 (Email Chain) |
| 75 | | | | | Triboro019303-019307 (Email) |
| 76 | | | | | Triboro020503 (2006 Trade Show Photos) |

Print   Save As...   Export as FDF   Retrieve FDF File   Reset

AO 187A (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Triboro Quilt Manufacturing Corp. | vs. | Luve LLC | CASE NO.<br>10-cv-03604 |
|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | | | | Triboro020504-020506 (2006 Trade Show Photos) |
| 78 | | | | | Triboro020507-020509 (Style Detail for 35459K) |
| 79 | | | | | Triboro020510-020512 (Style Detail for J46521) |
| 80 | | | | | Triboro020513-020535 (Assorted Bath Products) |
| 81 | | | | | Triboro020536-020548 (2006 JPMA Trade Show Photos) |
| 82 | | | | | Triboro020549-020612 (Pottery Barn Kids Catalog – Late Winter 2006) |
| 83 | | | | | Triboro020613-020682 (Pottery Barn Kids Catalog – Holiday 2007) |
| 84 | | | | | Triboro020683-020750 (Pottery Barn Kids Catalog – Spring 2008) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Print      Save As...      Export as FDF      Retrieve FDF File      Reset